FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 DEC 12  AM 10:00

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

VICTOR SCROGGINS,

          Plaintiff,

vs.                    Case No. 2:05-cv-610-FtM-34SPC

MATTHEW D. DAVIS; KENNETH W. TOWLER;
OLUWASHOLA K. LAWAL; KEITH A.
HARMON; JEFFREY A. BROWN; TAMERA A.
ELLSWORTH; LINDA M. MILLS,

          Defendants.

_____

**ORDER**[1]

This matter comes before the Court upon review of Plaintiff's Consent Form and Financial Certificate (Doc. #112), filed on December 7, 2007, in response to the Court's Order directing Plaintiff to submit either the $455.00 appellate filing fee or submit proof of indigence (Doc. #109).

Pursuant to Fed. R. App. P. 24(a)(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action, [ ], may proceed on appeal in forma pauperis without further authorization, unless the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis."

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

The Court granted the Defendants' Motion for Summary Judgment, dismissing the Complaint on September 28, 2007. See Order at Doc. #103. Judgment was entered on October 1, 2007. Upon review, the Court finds that this appeal is not taken in good faith, and certifies that the appeal is not in good faith. See Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3).

ACCORDINGLY, it is hereby **ORDERED**:

1. Plaintiff is not entitled to proceed *in forma pauperis* on appeal.

2. Plaintiff's Motion to Proceed on Appeal *In Forma Pauperis* (Doc. #106) is **DENIED**; however, because Plaintiff has less than $10.00 accrued in his prison trust fund account, the Court will not require Plaintiff to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). However, Plaintiff is hereby assessed the total $455.00 appellate filing and docketing fees in this case.

3. As funds become available in the Plaintiff's prison account, he shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the appellate filing and docketing

fees of $455.00 are paid in full. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number; and, (3) Middle District of Florida Case Number (2:05cv610). Checks or money orders which do not have this information will be returned to the penal institution.

4. Plaintiff is warned that he is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him lapse in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he should ensure that the new institution is informed about this appeal and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

5. The **Clerk of Court** shall mail a copy of this Order (and the Prisoner Consent Form (Doc. #112) to the Administrator of the Inmate Trust Fund Account at the institution at which the Prisoner is incarcerated.

**DONE AND ORDERED** in Fort Myers, Florida, on this 11th day of December, 2007.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record
        USCA